IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Case No. 4:24-cv-00037

MARGARET M. O'REILLY
Plaintiff,

v.

MEDICAL FACILITIES OF
AMERICA, INC.
and
RIVERSIDE HEALTH &
REHABILITATION CENTER

Defendants.

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JAN 15 2025

LAURA A. AUSTIN, CLERK
BY: /s/
   DEPUTY CLERK

## AMENDED COMPLAINT

I, Margaret M. O'Reilly, am filing this amended complaint pro se against Medical Facilities of America, Inc (MFA). and Riverside Health & Rehabilitation Center (RHRC), alleging wrongful termination, disability discrimination, and failure to provide reasonable accommodation in violation of federal and state law. Additionally, I allege they submitted paper work to the Virginia Unemployment Commission of false and/or misleading claims to deny me unemployment benefits.

### Background and My Disability

I have a severe disability consisting of asthma and allergies since childhood, both of which significantly affect my ability to breathe during allergy attacks. My asthma causes frequent shortness of breath, wheezing, and coughing, and fatigue especially during allergy flare-ups. These attacks make it difficult for me to breathe and perform daily tasks, and I must take medication to manage these symptoms. To manage my asthma, I rely on an inhaler and must avoid certain triggers. A few co-workers and my immediate supervisor were aware of my disability and had been witness to a few of these attack at work due to perfumes and sprays that were used during my working hours. Also, my administrator was notified, by myself, that I was have difficulty with breathing caused by a patient's deodorizing spray, although he did not follow up, he was notified. My immediate supervisor, at the time, sent me outside of the building on a 15-minute break to get fresh air after I used my inhaler with some relief but continual wheezing and shortness of breath, which continued for 3 additional days after with medication. In

addition to that RHRC/MFA was aware of my condition because I provided a doctor's note explaining the severity of my disability.

## My Work History and Accommodations

I worked for Medical Facilities of America and RHRC for 14 years and was promoted to Medical Records Coordinator/Director in June 2020. Before the COVID-19 pandemic, I did my job well, interacting with patients, visitors, and staff. After March 2020, I followed new protocols to minimize/eliminate in-person interactions, like using electronic records and communicating through phone, fax, and email. These adjustments allowed me to do my job effectively for over ten months.

## The Vaccine Mandate

In December 2020, RHRC/MFA required staff to get the COVID-19 vaccine, with limited exemptions. At that time, the vaccine was approved only for Emergency Use Authorization (EUA), and its immediate and long-term effects were unknown. After consulting my established healthcare provider, I submitted a medical exemption request on January 6, 2021. My healthcare providers note explained that the vaccine posed a health risk due to my asthma and allergies and advised against taking it. RHRC/MFA denied my request on January 22, 2021 claiming I would be a "direct threat" to others. This reasoning was inconsistent, as the residents that refused the vaccine, that were in the same building, and any new unvaccinated admissions would not be a "direct threat." But I would be.

## Termination and Lack of Discussion

On January 27, 2021, RHRC/MFA placed me on a 45-day unpaid leave and then posted my job online 4 working days later on February 2,2021. On March 12, 2021, I received a letter by mail, stating my employment was terminated on March 10, 2021 RHRC/MFA did not attempt to work with me to find another way to keep me safe while I worked, such as continuing the modifications already in place for the prior 10 months, protective equipment, testing for COVID-19., or simple barriers. These options would not have been difficult for RHRC/MFA, as similar measures were already in place.

At the time of my termination, I was fulfilling all of my employer's expectations. I had received no negative performance reviews or disciplinary actions, and I was performing the essential functions of my job effectively with reasonable modifications. Specifically, I worked from my own office and my job did not require face-to-face interaction with others, and I was able to perform all tasks through phone, fax, and computer. My employer was fully aware of my disability, as I had personally notified my administrator about my asthma and allergies and had also provided a doctor's note to confirm the nature of my condition.

For over 10 months prior to my notice of 45-day unpaid leave, I was working with modifications that allowed me to perform my duties. Staff would fax paperwork to me,

and our workplace used an online, paperless system, which made it possible for me to handle documents and complete my tasks without the need for face-to-face interactions. I would leave documents to be signed in the doctor's mailboxes, eliminating the need for in-person meetings. I was able to communicate with inside and outside personnel to handle record requests by phone, fax, and online.

However, despite my effective work performance, I was wrongfully terminated from my position. I believe that my termination was related to my disability and my refusal to comply with the employer's COVID-19 vaccination policy.

**Ongoing Issues and Retaliation**

I informed my employer that I had significant concerns about taking the COVID-19 vaccine due to my medical condition. I made an appointment with my established healthcare provider to discuss the benefits and risks of taking the vaccine during this EUA period and she advised me against taking the vaccine during the emergency use authorization period, as it was not recommended for individuals with my respiratory issues. I shared this information with my employer, but they failed to engage in an interactive process to provide any alternative accommodations or make reasonable adjustments to the policy.

After putting me on 45-day unpaid leave starting the end of work day on January 27, 2021 and listing my position less than a week later online, paperwork was submitted on March 12, 2021 to the Virginia Unemployment Commission that the reason for separation was: a lack of work, additionally further in their responses it states I voluntarily quit/separated and also that I fail to report to work/Abandoned my job, denying me unemployment, having to have a hearing and submitting all documentation delaying my unemployment benefit, RHRC/MFA also kept my earned 289.5 hours of paid time off, adding to my financial struggles. These actions were retaliation for my request for a medical exemption, which is protected under the ADA.

Instead of attempting to accommodate my disability or discussing any alternatives, my employer terminated my employment, causing significant harm and distress. I had been an employee in good standing, meeting all performance expectations and adhering to my job duties with reasonable modifications, yet my employer chose to dismiss me solely due to my disability and my refusal to take a vaccine that posed a potential risk to my health.

My employer's actions constitute discrimination under the ADA and relevant state laws prohibiting disability discrimination and failure to provide reasonable accommodations. RHRC/MFA knew about my disability and still fired me without considering other options. I was doing my job well with modifications, and their decision was unfair and discriminatory. Retaliating against me for standing up for my rights only made things worse.

I respectfully ask the court to:

1. Find that RHRC/MFA violated the ADA and state laws by firing me because of my disability.
2. Award damages for lost wages, emotional distress, and other harm caused by RHRC/MFA.
3. Recommend RHRC/MFA work with employees to find reasonable accommodations for any causes in the future.
4. Require RHRC/MFA to pay me for my earned unused paid time off.
5. Award any other relief that the Court finds appropriate.

Respectfully,

Margaret M O'Reilly
Pro Se Plaintiff

## Certificate of Service

I Hereby Certify that on January 6, 2025, a true and correct copy of the foregoing was personally mailed via Certified Mail/Return Receipt to the Clerk of Court at The United States District Court for the Western District of Virginia. Additionally, I sent a true and correct copy via email to:

Agnis C. Chakravorty, Esq. (VSB #30225)
Woods Rogers PLC
Wells Fargo Tower
10 South Jefferson Street, Suite 1800
P.O. Box 14125
Roanoke, VA 24038-4125
(540) 983-7727
agnis.chakravorty@woodsrogers.com