IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARGARET M. O'REILLY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 4:24cv037 |
| MEDICAL FACILITIES OF AMERICA, INC. | ) |
| | ) |
| and | ) |
| | ) |
| RIVERSIDE HEALTH AND REHABILITATION CENTER | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

*Pro Se* Plaintiff, Margaret M. O'Reilly, and Defendants, Medical Facilities of America, Inc. and Riverside Health and Rehabilitation Center, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and through their respective undersigned counsel, hereby submit this stipulation of voluntary dismissal of this action *with prejudice*. The parties are responsible for their own attorneys' fees and costs.

So Stipulated:

*/s/ Margaret M. O'Reilly*
Margaret M. O'Reilly
2313 N.E. 5th Street
Cape Coral, FL 33909
Popsfav1225@gmail.com

*Plaintiff*

{3096935-1, 077858-00139-01}

/s/ Agnis C. Chakravorty

Agnis C. Chakravorty, Esq. (VSB # 30225)
WOODS ROGERS VANDEVENTER BLACK PLC
Wells Fargo Tower
10 South Jefferson Street
P.O. Box 14125
Roanoke, VA 24038-4125
Tel : (540) 983-7727
agnis.chakravorty@woodsrogers.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On this 2nd day of September, 2025, I filed the foregoing pleading on the Court's CM/ECF filing system which will send a notice by mail to:

> Margaret M. O'Reilly
> 2313 N.E. 5th Street
> Cape Coral, FL 33909
> Popsfav1225@gmail.com

who is the Plaintiff.

/s/ Agnis C. Chakravorty

{3096935-1, 077858-00139-01}